IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEREMIAH BURTON JAMES MARRY,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE COUNTY, MONTANA; SHERIFF DON BELL; DOES, 1-10,<br><br>Defendants. | CV 22-163-M-DWM<br><br>RULE 4 WAIVER OF SERVICE OF SUMMONS |

TO:   The U.S. District Court for the District of Montana

The following Defendant(s) acknowledges receipt of your request to waive service of summons in this case. Defendant also received a copy of the Amended Complaint (Doc. 5). I am authorized by the following Defendant to agree to save the cost of service of a summons and an additional copy of the Amended Complaint in this action by not requiring that the following individuals be served with judicial process in the case provided by Fed.R.Civ.P. 4:

   Lake County, Montana   ; _____;

   Sheriff Don Bell   ; _____;

_____; _____;

_____; _____;

The above-named Defendant understands that he will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but

waives any objections to the absence of a summons or of service. Defendant also understands that he must file and serve an answer or a motion under Rule 12 within 60 days from the date when the Request for Waiver of Service of Summons was filed and if he fails to do so default judgment will be entered against him.

Date: 04/11/2024

*(signature)*

(Signature of the attorney
or unrepresented party)

Robert C. Lukes

(Printed name)

P.O. Box 7909
Missoula, MT 59807

(Address)

rclukes@garlington.com

(E-mail address)

406-523-2500

(Telephone number)

2