IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEREMIAH BURTON JAMES MARRY,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE COUNTY, MONTANA; SHERIFF DON BELL; and DOES 1–10,<br><br>Defendants. | Cause No. CV 22-163-M-DWM<br><br>ORDER |

The parties, having settled all matters between them and finalized a settlement agreement, have moved to dismiss this matter with prejudice. (Doc. 18.) Accordingly,

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE pursuant to the terms of the settlement agreement.

DATED this 31st day of July, 2024.

Donald W. Molloy
United States District Court Judge